UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SHAY, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY,<br><br>Defendant. | Case No.: 21cv135 JM(KSC)<br><br>**ORDER ON JOINT MOTION TO DISMISS** |

    Presently before the court is the Parties' Joint Motion to Dismiss. (Doc. No. 19). Under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, a Plaintiff may dismiss his or her action without a court order by filing a stipulation of dismissal signed by all Parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). Construing the Parties' Joint Motion as a stipulation of dismissal, the court finds that the motion satisfies the requirements of Rule 41(a)(1)(A)(ii).

    As requested by the Parties, the Court **DISMISSES WITH PREJUDICE** this action with respect to Plaintiff Daniel Shay and **DISMISSES WITHOUT PREJUDICE** this action with respect to the putative class. Each of the Parties is to bear their own

/ / /

/ / /

1 | attorneys' fees and costs.  The Clerk of Court is directed to close the case.
2 |     **IT IS SO ORDERED.**
3 | DATED: October 12, 2021

JEFFREY T. MILLER
United States District Judge